Arthur Martinez  64690
**Full Name/Prisoner Number**

185 Dr Micheal Jenkins rd
Clayton New Mexico 88415
**Complete Mailing Address**

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 06 2024

MITCHELL R. ELFERS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CV 24-1234 KG/GJF

Civil Action No. _____

(To be supplied by the Court)

Arthur Martinez  64690
_____, Plaintiff(s),

**Full name(s) and prisoner number(s)**
**(Do not use *et al.*)**

v.

Harvey Parker
Curry County Sheriffs Dept
_____, Defendant(s).

**(Do not use *et al.*)**

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. Arthur Martinez is a citizen of New Mexico who
   **(Plaintiff)**                                    **(State)**

presently resides at 185 Dr Micheal Jenkins rd New Mexico Clayton.
                     **(mailing address or place of confinement)**

2. Defendant Harvey Parker is a citizen of New Mexico
              **(name of first defendant)**              **(State)**

whose address is _____,

and who is employed as Sheriff Curry County . At the time the claim(s)
                       **(title and place of employment)**

alleged in this complaint arose, was this defendant acting under color of state law?
_X_ Yes ___ No.  If your answer is "Yes," briefly explain:

29-1-16   21-1-18 (A)(4)(a)

3. Defendant _____ is a citizen of _Now Mexico_
                (name of second defendant)                                    (State)

whose address is _____

and who is employed as _District Attorney Curry CO_. At the time the claim(s)
                        (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
X Yes ____No.  If your answer is "Yes," briefly explain:

_18·USCC 241   18-USCC 242_

(If more space is needed to furnish the above information for additional defendants, continue on a blank
sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and
title.)

(CHECK ONE OR BOTH:)
    X    Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six
*Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for
federal defendants).
    X    Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert
jurisdiction under different or additional statutes, you may list them below.)

_____
_____


## B.  NATURE OF THE CASE

**BRIEFLY** state the background of your case.

1) Deprivation of Rights
2) Breach of Liberty


## C.  CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and
that the following facts form the basis of my allegations:  (If more space is needed to explain any
allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.
CAUSE OF ACTION.")

**Claim I:**  _Officer violated with criminal
intent to deprivate rights of Plaintiff
while acting under the color of Law._

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** Officer intentionally deprivated liberty by turning off his lapel footage.

Supporting Facts: Exhibit A)

3

**Claim III:** _____

_____

_____

Supporting Facts:

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a.  Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b.  Name and location of court and docket number _____

c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed? Is it still pending?)

_____

d.  Issues raised: _____

e.  Approximate date of filing lawsuit:_____

f.  Approximate date of disposition: _____

2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3.  I have exhausted available administrative remedies. ____ Yes ____ No.  If your answer is "Yes," briefly explain the steps taken.  Attach proof of exhaustion.  If your answer is "No," briefly explain why administrative remedies were not exhausted.

## E.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a.  Parties to previous lawsuit:

Plaintiff(s): _Arthur Martinez - 64690_

Defendant(s): _Harvey Park_

b.  Name and location of court and docket number _____

c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit: _____

e.  Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ____ Yes ____ No.  If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G.  REQUEST FOR RELIEF

I request the following relief:

1) Charges be Vacated
2) Injuctive Relief deem just and Proper by the Court

5

**Prisoner's Original Signature**

Original signature of attorney (if any)

_Walt ~~~~ -90819_

_Derrick Castillo 89827_

_185 Dr Micheal Jenkins rd_

Attorney's full address and telephone

_Clayton NM 88415_


## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _NENMCF_                                on _12-3-24_                    .
             (location)                                                                    (date)

**Prisoner's Original Signature**

6

## INFORMATION AND INSTRUCTIONS

## FILING COMPLAINT UNDER 42 U.S.C. §1983

1) The attached form is to assist you in the preparation of a complaint seeking relief under the Civil Rights Act. In order for your complaint to be considered by the District Court, it must be typewritten or legibly handwritten. All questions must be answered clearly and concisely in the appropriate space on the form. If necessary, you may use up to two additional pages (8 1/2" x 11") to complete part "C" of the complaint, making clear to which count the continued information applies. If there is more than one defendant, you should clearly indicate which of the acts alleged is attributable to each defendant.

### A. The Complaint

2) An original and one copy of the complaint must be provided for the court and one copy for each of the persons (defendants) you wish to sue. For example, if you name two defendants, you must file an original and three copies of the complaint. You should keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

3) Your complaint must be signed and include a declaration under penalty of perjury. You are cautioned that any deliberate false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You should therefore exercise care to assure that all answers are true, correct, and complete.

4) Under the Civil Rights Act, 42 U.S.C. §1983, the court can grant relief only for wrongs which amount to the denial of federal constitutional rights by a person acting under color of state law. Your complaint can be brought in this court only if one or more of the named defendants is located within this judicial district.

5) You must furnish an original and one copy of all papers, correspondence or other documents (except the original complaint which requires an original and two copies) submitted to the court for filing and consideration. In addition, you must furnish the opposing party or his attorney with a copy of all such documents submitted to the court. Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his attorney and the address to which it was mailed.

A certificate of service may be in the following form:

    "I hereby certify that a copy of the foregoing pleading/document was mailed to

_____ at _____
**(Opposing party or counsel)**
                                                    _____
                                                              **(Address)**

on _____, 19___.
       **(Date)**

                              _____
                                       **(Signature)**

### B.  The Filing Fee and 28 U.S.C. § 1915

6)  On and after May 1, 2013, filing a civil complaint in the federal district courts will require a $350 filing fee, plus a $50 general administrative fee, for a total of $400. If you want to commence an action without prepayment of fees or security therefor, you must file a motion for leave to proceed pursuant to 28 U.S.C. § 1915.  Under § 1915, you also must submit an affidavit and a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The certified copy of the trust fund account statement (or institutional equivalent) must be obtained from the appropriate official of each penal institution at which you are or were confined during the six-month period.  The court will not consider the merits of the claims asserted in any complaint filed without either the $400.00 filing fees or a properly completed motion, affidavit and certified copy of your trust fund account statement (or institutional equivalent) as required by § 1915.

7)   The motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 must be typewritten or legibly handwritten.  All questions must be answered clearly and concisely in the appropriate space on the form.  You must sign the motion and affidavit.  You should exercise care to assure that all answers are true, correct and complete.

8)  If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you will be ordered to pay within thirty days an initial partial filing fee in an amount to be determined by the court pursuant to § 1915(b)(1).  The court will not review the merits of your complaint until the initial partial filing fee is paid.  If you fail to pay the initial partial filing fee within thirty days or fail to show that you have no assets and no means by which to pay the initial partial filing fee, the complaint will be dismissed without prejudice.  If the initial partial filing fee is paid within thirty days, the court will review the complaint pursuant to § 1915(e)(2)(B) to determine if it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

9)  You are reminded that, even if you are allowed to proceed pursuant to 28 U.S.C. § 1915, you must pay the full filing fees as required by law, i.e., $400.00.  It is your responsibility to ensure that monthly payments are sent to the court as required by § 1915(b)(2) until the filing fee is paid in full.  It is your responsibility to have the institution where you are confined forward the payments from your trust fund account to the clerk of the court each time the amount in your

account exceeds $10.00. The complaint may be dismissed at any point if you fail to make the required monthly payments.

10) When your complaint is completed, it should be mailed with the necessary copies and filing fees, or motion to proceed pursuant to 28 U.S.C. § 1915 and financial certificate, to the Clerk of the United States District Court whose address is:

**U.S. District Court**
**333 Lomas Blvd. NW, Ste. 270**
**Albuquerque, NM  87102**

11) United States District Judges, United States Magistrate Judges, law clerks, the Clerk of Court, and deputy clerks are officers of the court **and are prohibited from giving legal advice**. Questions of this nature should be directed to an attorney.

SF-1915 Leave to Proceed

Additional Page for Item 6

## INFORMATION AND INSTRUCTIONS

### FILING COMPLAINT UNDER 42 U.S.C. §1983

1)  The attached form is to assist you in the preparation of a complaint seeking relief under the Civil Rights Act. In order for your complaint to be considered by the District Court, it must be typewritten or legibly handwritten. All questions must be answered clearly and concisely in the appropriate space on the form. If necessary, you may use up to two additional pages (8 1/2" x 11") to complete part "C" of the complaint, making clear to which count the continued information applies. If there is more than one defendant, you should clearly indicate which of the acts alleged is attributable to each defendant.

### A.  The Complaint

2)  An original and one copy of the complaint must be provided for the court and one copy for each of the persons (defendants) you wish to sue. For example, if you name two defendants, you must file an original and three copies of the complaint. You should keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

3)  Your complaint must be signed and include a declaration under penalty of perjury. You are cautioned that any deliberate false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You should therefore exercise care to assure that all answers are true, correct, and complete.

4)  Under the Civil Rights Act, 42 U.S.C. §1983, the court can grant relief only for wrongs which amount to the denial of federal constitutional rights by a person acting under color of state law. Your complaint can be brought in this court only if one or more of the named defendants is located within this judicial district.

5)  You must furnish an original and one copy of all papers, correspondence or other documents (except the original complaint which requires an original and two copies) submitted to the court for filing and consideration. In addition, you must furnish the opposing party or his attorney with a copy of all such documents submitted to the court. Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his attorney and the address to which it was mailed.

A certificate of service may be in the following form:

"I hereby certify that a copy of the foregoing pleading/document was mailed to

_____    at    _____
*(Opposing party or counsel)*    _____
                                             *(Address)*

on _____ , 19__ .
    *(Date)*

_____
        *(Signature)*

### B. The Filing Fee and 28 U.S.C. § 1915

6) On and after May 1, 2013, filing a civil complaint in the federal district courts will require a $350 filing fee, plus a $50 general administrative fee, for a total of $400. If you want to commence an action without prepayment of fees or security therefor, you must file a motion for leave to proceed pursuant to 28 U.S.C. § 1915. Under § 1915, you also must submit an affidavit and a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The certified copy of the trust fund account statement (or institutional equivalent) must be obtained from the appropriate official of each penal institution at which you are or were confined during the six-month period. The court will not consider the merits of the claims asserted in any complaint filed without either the $400.00 filing fees or a properly completed motion, affidavit and certified copy of your trust fund account statement (or institutional equivalent) as required by § 1915.

7) The motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 must be typewritten or legibly handwritten. All questions must be answered clearly and concisely in the appropriate space on the form. You must sign the motion and affidavit. You should exercise care to assure that all answers are true, correct and complete.

8) If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you will be ordered to pay within thirty days an initial partial filing fee in an amount to be determined by the court pursuant to § 1915(b)(1). The court will not review the merits of your complaint until the initial partial filing fee is paid. If you fail to pay the initial partial filing fee within thirty days or fail to show that you have no assets and no means by which to pay the initial partial filing fee, the complaint will be dismissed without prejudice. If the initial partial filing fee is paid within thirty days, the court will review the complaint pursuant to § 1915(e)(2)(B) to determine if it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

9) You are reminded that, even if you are allowed to proceed pursuant to 28 U.S.C. § 1915, you must pay the full filing fees as required by law, i.e., $400.00. It is your responsibility to ensure that monthly payments are sent to the court as required by § 1915(b)(2) until the filing fee is paid in full. It is your responsibility to have the institution where you are confined forward the payments from your trust fund account to the clerk of the court each time the amount in your

account exceeds $10.00. The complaint may be dismissed at any point if you fail to make the required monthly payments.

10) When your complaint is completed, it should be mailed with the necessary copies and filing fees, or motion to proceed pursuant to 28 U.S.C. § 1915 and financial certificate, to the Clerk of the United States District Court whose address is:

**U.S. District Court**
**333 Lomas Blvd. NW, Ste. 270**
**Albuquerque, NM 87102**

11) United States District Judges, United States Magistrate Judges, law clerks, the Clerk of Court, and deputy clerks are officers of the court **and are prohibited from giving legal advice**. Questions of this nature should be directed to an attorney.

## INSTRUCTIONS FOR FILING A STATE TORT COMPLAINT

COMPLETE AND SEND A NOTICE OF CLAIM PRIOR TO COMPLETING/SENDING THIS FORM.

On the 1st line, **PRINT** the number of the Judicial District Court you will be filing in.

On the 2nd line, **PRINT** the name of the County you are filing from.

On the line above Plaintiff, **PRINT** your name in capital letters

On the line above Defendant, **PRINT** the name of the Defendant(s) you are filing the Tort Claim against.

Do not put anything in the line beside CIVIL NO#. The Clerk of Court will do this when the Tort Complaint is filed.

Under Section I. <u>NATURE OF THE ACTION</u> 1. (a), **CLEARLY PRINT** what you are seeking damages for. [What is the complaint that has caused you to seek damages?]

In Section II, <u>JURISDICTION</u> 2., **PRINT** the District Court number as you wrote on the 1st line above.

In Section III. <u>PARTIES</u> 3., **PRINT** your name on the 1st underline. On the 2nd underline, **PRINT** the name of your Facility [such as Penitentiary of New Mexico].

In Section III. <u>PARTIES</u> 4., **PRINT** the name of the Defendant(s) on the first underline. On the 2nd underline, **PRINT** the position of the person(s) you are filing the State Tort Complaint against [such as Warden or Secretary of Corrections].

For Section IV. <u>FACTS,</u> **CLEARLY** state the facts which caused the complaint. Be honest with the facts you state. Do not worry about stating a statute or Case Law. State only the situation which has lead to the complaint.

For Section V. <u>PRAYER</u>, **STATE CLEARLY** the judgment or relief you are seeking from the Court. [Be reasonable with the judgment you are asking for.]

On the line above Dated:, put the date you completed the Tort Complaint form.

On the line above Signature, **WRITE** your name. [Make sure your signature can be read and is not scribbling.]

DO NOT go any further with this form on your own. The bottom section will require the services of a notary public. You will need request a notary to complete this form. The notary must physically witness your signing the sworn statement section. The Notary Public will assist you in completing this section.

When the form has been completed and notarized, contact the Legal Access Designated Staff member for the necessary number of copies to be made. The Legal Access Designated Staff will also provide you with the exact number of envelopes to mail your Tort Claim. The mailing address of the New Mexico court you filing in will also be provided if you need it.

# INSTRUCTIONS ABOUT "SERVICE"

I.   **BACKGROUND**

You must give the other party formal notice that you have filed a Complaint. This is called "service." This means the proper and correct way of getting a copy of the Complaint to the Defendant or other person named in the Complaint. The rules for this are governed by Rule 1-004 of the Rules of Civil Procedure for the District Courts. After you file the Complaint, you must have a copy of the Complaint and a copy of the Summons, delivered to the other party.

These instructions about service are provided as part of the Complaint packet so you will have the information you need to decide HOW you are going to serve the other party.

The Complaint must be served along with a Summons. The Summons tells the Defendant (who is the other side of the case) that an action against him or her has been filed in District Court and he/she will have thirty (30) days after the Summons and Complaint are received to file a response or answer.

II.   **SUMMONS**

A.   You must attach a copy of the summons to each copy of the Complaint. The original summons and the original Complaint are NOT stapled together. Take the original and two copies (one is for you and one is to serve on the Defendant) to the Court Clerk and the clerk will give you a cause number which must be stamped or written on all copies where there is a blank after "cause number." You will need to get the copies made before you go to the court. The clerk will then sign and seal the original Summons and the one copy. The original and one copy of the Summons will be given back to you along with copies of the Complaint. The clerk will "file" the original Complaint in your newly established court file.

B.   **SERVICE.** The next step is to get copies of the Summons and Complaint to the Defendant and be able to prove to the Judge that this was done correctly. There are different ways of getting the summons and Complaint served.

(1) **PERSONAL SERVICE**

A.   **USE A PROFESSIONAL PROCESS SERVER.** There are professional "process servers" who are listed in the yellow pages of the telephone book under "Process Servers." You are not required to use these professionals, but may want to.

## INSTRUCTIONS ABOUT "SERVICE"

B.   **USE YOUR OWN PROCESS SERVER.** It is possible to have your papers served by a person who is not a professional process server. Such a person must be over the age of 18 and not a party to the lawsuit.

The person you ask to serve your process for you will see that the papers are "served" and then must complete the Affidavit (Return of Service) on the back of the Summons. The Return of Service Affidavit must be notarized.

(2)   **SERVICE BY MAIL.** One way to get service is by mail. This requires the other party to sign a receipt acknowledging that s(he) has received the papers, and to mail that form back to you. The papers must be mailed by CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

The documents you will mail to the other party if this method is used are:
a.   Copy of Complaint stamped by the Clerk when you filed the Complaint;
b.   Copy of Summons, also stamped by the Clerk

Service is complete when the defendant signs the return receipt and it is returned to you. You should then fill in the return of service on your copy of the summons and file it with the Court.

(3)   **SERVICE BY PUBLICATION.** If the Defendant cannot be found or is deliberately hiding to avoid service, you may still "serve" him/her. To use this method you must first make an honest effort to locate the Defendant. You should keep copies of letters that you try to send to him or her, and also copies of letters you send to his or her relatives or friends where you trying to find an address for the Defendant. If you proceed by publication and the other party feels like you should have been able to find his or her address fairly easily, s(he) may come in even months or years later and argue that the Judgment or Order is not valid because you could have given him or her personal notice. It is very important if you want to use service by publication that you try really hard to find the Defendant and keep a record of what you did and copies of all letters you send and any returned mail.

You must complete a packet of forms to ask the court's permission to serve by publication. The packet is called *Service by Publication.* You can purchase this packet at the NM District Courthouse.

# SUMMONS

9th JUDICIAL DISTRICT COURT
Curry COUNTY, NEW MEXICO

Court Address: 700 N Main St Suite 11
Clovis, NM 88101
Court Telephone:

CASE NO.: D-905-CR-2023-00353

JUDGE: Hon. David Reeb

Plaintiff(s):
Arthor Martinez
v.

Defendant(s):
Harvey Park

DEFENDANT:
Name: Harvey Park
Address: 700 N Main St Suite 11
Clovis, NM 88101

## TO THE ABOVE NAMED DEFENDANT

TAKE NOTICE THAT:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing & pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657 or 505-797-6066.

Dated at _____ New Mexico, this _____ day of _____, 20_____.

| CLERK OF THE COURT | Signature of Attorney for Plaintiff or Plaintiff, Pro Se |
|---|---|
| | Print Name: _____ |
| | Mailing Address: _____ |
| | City/State/Zip: _____ |
| By: _____ | Telephone #: _____ |
| Deputy | Fax #: _____ |

This Summons is issued Pursuant to Rule 1-004 of the New Mexico Rules of Civil Procedure for District Courts. (Effective 1-7-13)

Email Address: _____

# RETURN

STATE OF _____ )
                               )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that

I served this summons in _____ County on the _____ day of

_____, 20_____, by delivering a copy of this summons, with a copy of complaint

attached, in the following manner: *(check one box and fill in appropriate blanks)*

---

☐   to the defendant *(name of person):* _____ *(used when defendant*
     *accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

☐   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail*
     *or commercial courier service).*

---

After attempting to serve the summons and complaint, on the defendant by personal service or by mail or commercial
courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

☐   to _____, a person over fifteen (15) years of age and residing at the usual place of
     abode of defendant _____, *(used when the defendant is not presently at place of abode)* and by
     mailing by first class mail to the defendant at _____ *(insert defendant's last known*
     *mailing address)* a copy of the summons and complaint.

☐   to _____, the person apparently in charge at the actual place of business or employment
     of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business*
     *address)* and by mailing the summons and complaint by first class mail to the defendant at
     _____ *(insert defendant's last known mailing address).*

☐   to _____ an agent authorized to receive service of process for defendant
     _____.

☐   to _____ [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant
     _____ *(used when defendant is a minor or an incompetent person).*

☐   to _____ *(name of person),* _____ *(title of person authorized to receive*
     *service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant*
     *board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_____
Print Name and Title (if any)

---

*Subscribed and sworn to before me on:* _____.

_____
*Judge/notary/other officer authorized to administer oaths*

*Official Title:* _____

*My commission expires:* _____

# SUMMONS

<table>
<tr><td colspan="2">

JUDICIAL DISTRICT COURT
COUNTY, NEW MEXICO

Court Address: 9th Judicial Distr
417 Ciddiasst Suite200 Clous NM
Court Telephone: 88101

</td><td>

CASE NO.: D-905-CR-2023-00353

JUDGE: David Reeb

</td></tr>
<tr><td>

Plaintiff(s):

Arthur Martinez 64680

v.

Defendant(s):

Brett Carter

</td><td colspan="2">

DEFENDANT:

Name: Brett Carter

Address: 9th Judicial District
417 Ciddin st Suite 200
clous NM 88101

</td></tr>
</table>

## TO THE ABOVE NAMED DEFENDANT

### TAKE NOTICE THAT:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing & pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657 or 505-797-6066.

Dated at _____ New Mexico, this _____ day of _____, 20_____.

<table>
<tr><td>

CLERK OF THE COURT



By:_____
    Deputy

</td><td>

Signature of Attorney for Plaintiff or Plaintiff, Pro Se

Print Name:_____

Mailing Address:_____

City/State/Zip:_____

Telephone#:_____

Fax #:_____

Email Address:_____

</td></tr>
</table>

This Summons is issued pursuant to Rule 1-004 of the New Mexico Rules of Civil Procedure for District Courts. (Effective 1-7-13)

# RETURN

STATE OF_____ )
                               )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ County on the _____ day of _____, 20_____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner: *(check one box and fill in appropriate blanks)*

---

☐  to the defendant *(name of person):* _____ *(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

☐  to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

---

After attempting to serve the summons and complaint, on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

☐  to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____ *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at _____ *(insert defendant's last known mailing address)* a copy of the summons and complaint.

☐  to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business address)* and by mailing the summons and complaint by first class mail to the defendant at _____ *(insert defendant's last known mailing address).*

☐  to _____, an agent authorized to receive service of process for defendant _____.

☐  to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ *(used when defendant is a minor or an incompetent person).*

☐  to _____ *(name of person),* _____, *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_____
Print Name and Title (if any)

---

*Subscribed and sworn to before me on:* _____.

_____
*Judge/notary/other officer authorized to administer oaths*

*Official Title:* _____

*My commission expires:* _____

# SUMMONS

| JUDICIAL DISTRICT COURT<br>COUNTY, NEW MEXICO | CASE NO.: _____ |
|---|---|
| Court Address: | JUDGE: |
| Court Telephone: | |
| Plaintiff(s): | DEFENDANT: |
| _____ | Name: _____ |
| v. | Address: _____ |
| Defendant(s): | _____ |
| _____ | |

## TO THE ABOVE NAMED DEFENDANT

### TAKE NOTICE THAT:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing & pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org: 1-800-876-6657 or 505-797-6066.

Dated at _____ New Mexico, this _____ day of _____, 20_____.

| CLERK OF THE COURT | Signature of Attorney for Plaintiff or Plaintiff, Pro Se |
|---|---|
| | Print Name:_____ |
| | Mailing Address:_____ |
| By:_____ | City/State/Zip:_____ |
| Deputy | Telephone#:_____ |
| | Fax #:_____ |

This Summons is issued pursuant to Rule 1-004 of the New Mexico Rules of Civil Procedure for District Courts. (Effective 1-7-13)

Email Address:_____

# RETURN

STATE OF _____ )
                                                              )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ County on the _____ day of _____, 20 _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner: *(check one box and fill in appropriate blanks)*

☐ to the defendant *(name of person):* _____ *(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

☐ to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint, on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

☐ to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____ *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at _____ *(insert defendant's last known mailing address)* a copy of the summons and complaint.

☐ to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business address)* and by mailing the summons and complaint by first class mail to the defendant at _____ *(insert defendant's last known mailing address).*

☐ to _____, an agent authorized to receive service of process for defendant _____.

☐ to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ *(used when defendant is a minor or an incompetent person).*

☐ to _____ *(name of person),* _____, *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

_____
Print Name and Title (if any)

Subscribed and sworn to before me on: _____.

_____
Judge/notary/other officer authorized to administer oaths

Official Title: _____

My commission expires: _____

_9th_ _____ JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO

COUNTY OF _Curry_ _____

_Arthur Martinez 64690_
Plaintiff,

)
)
)
)                    CIVIL NO # _____
v.              )
)
)
_Harvey  Park_        )        COMPLAINT
Defendant(s),        )        (TORT)
_Entity of Curry County_
_Sheriffs Dept_

## I.    NATURE OF THE ACTION

1.    This is a tort suit authorized by the New Mexico Tort Claims Act, Chapter 41 N.M.S.A,

by a corrections department prisoner who seeks damages for the following:

(a)    _While acting under the Color of_
_Authority led with crimminal_
_Intent to breach liberty and_
_Deprivate Rights of Plantiff_

## II.    JURISDICTION

2.    _9th_ _____ District Court has jurisdiction in Tort actions pursuant to the New

Mexico Tort Claims Act N.M.S.A. Chapter 41.  a Notice of Claim was previously filed

with the Risk Management Division pursuant to 41-4-16, N.M.S.A. (1978).

## III.    PARTIES

3.    The plaintiff is _Arthur Martinez_, a prisoner at the _NENMCF_.

4.     Defendant(s) is(are) _Harvey Parker_____, and holds the office of
_Curry County Sheriff_____.

IV.     FACTS

5.     _Exhibit A)_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

V.    PRAYER

WHEREFORE it is demanded the Court issue judgment against the defendant(s) as
follows:

Charged Vacated

Injunctive relief Deemed proper by
Court

12-3-24
Date

Respectfully Submitted,

Signature

[THIS NEXT SECTION MUST BE COMPLETED BEFORE A NOTARY PUBLIC]

I, the Affiant, first being duly sworn have read the foregoing pleading and declare that the
information contained therein is true and correct to the best of my knowledge.

/s/ _____

STATE OF NEW MEXICO

COUNTY OF _____

SUBSCRIBED AND SWORN to before me this _____ day of _____, 20____.

_____
NOTARY PUBLIC

My Commission Expires: _____

FORM 4-222. APPLICATION FOR FREE PROCESS AND..., NM R CIV Form 4-222

West's New Mexico Statutes Annotated
   State Court Rules
      Civil Forms
         Article 2. Commencement of Action

NMRA, Form 4-222

FORM 4-222. APPLICATION FOR FREE PROCESS AND AFFIDAVIT OF INDIGENCY

Currentness

[For use with Supreme Court General Rule 23-114 NMRA]

STATE OF NEW MEXICO

COUNTY OF _Curry_

_9th Judicial District_ COURT

_Arthur Martinez_ , Petitioner,

v.

_Harvey Park_ , Respondent.

No. .........................................................

APPLICATION FOR FREE PROCESS
AND AFFIDAVIT OF INDIGENCY

I request that the court enter an order permitting me to file this case without prepayment of fees and costs and give upon my oath or affirmation the following statement.

My marital status is: Single _X_ Married _X_ Divorced ___ Separated ___ Widowed .......................................

I request interpretation services: ___ yes _X_ no (If yes, please describe what you need) ....................................

.............................................................................................................................................................................

.............................................................................................................................................................................

INFORMATION ABOUT MY FINANCES (check all that apply to you and fill in the blanks):

A. PUBLIC ASSISTANCE

FORM 4-222. APPLICATION FOR FREE PROCESS AND..., NM R CIV Form 4-222

X   I do not receive public assistance (If you check this blank, go directly to Section B
    EMPLOYMENT/UNEMPLOYMENT).

___  I currently receive the following public assistance in _____ County (please check all applicable
     public assistance programs):

     ___   Temporary Assistance for Needy Families (TANF)

     ___   Food Stamps

     ___   Medicaid (for myself)

     ___   General Assistance (GA)

     ___   Supplemental Security Income (SSI)

     ___   Public Housing

     ___   Disability Security Income (DSI)

     ___   Department of Health Case Management Services (DHMS)

     ___   Other (please describe )..............................................................................

## B. EMPLOYMENT/UNEMPLOYMENT

X   I am currently unemployed and have been unemployed for 12 months in the past year. I am unemployed
    because ...Incarcerated..........................................................................................

___  I receive unemployment benefits in the amount of $ _____ per month.

___  I have no income because I am unemployed.

___  I am employed. I am paid $ _____ per hour and work _____ hours per week.

My employer's name, address and phone number is:

.................................................................................................................................

.................................................................................................................................

.................................................................................................................................

___ I am married, and my spouse is unemployed and has been unemployed for ___ months in the past year because .................................................................................................................

___ My spouse receives unemployment benefits in the amount of $ ___ per month.

___ I am married, and my spouse is employed. My spouse is paid $ _____ per hour and works _____ hours per week.

My spouse's employer's name, address and phone number is:

.................................................................................................................................

.................................................................................................................................

.................................................................................................................................

## C. OTHER SOURCES OF INCOME (*Check all that apply*)

___ I have income from another source not mentioned above.

___ Child Support $ _____ 0

___ Alimony $ _____ 0

FORM 4-222. APPLICATION FOR FREE PROCESS AND..., NM R CIV Form 4-222

___   Investments $ _____

___   Community property from my spouse                                 $ _____

___   Other _____                                                  $ _____

___   I do not have any other sources of income.

___   I am married, and my spouse has income from another source not mentioned above.

      ___   Child Support                                               $ _____

      ___   Alimony                                                     $ _____

      ___   Investments                                                 $ _____

      ___   Other                                                       $ _____

      ___   Other                                                       $ _____

___   I am married, and my spouse does not have any other sources of income.

___         Another adult contributes to household income in the
            following amount:                                          $ _____

D. OTHER ASSETS (Please list other assets owned by you or your spouse that can be turned into cash. Do not include money you have in retirement accounts):

Cash on hand                                                            $ _____

Bank accounts                                                          $ _____

FORM 4-222. APPLICATION FOR FREE PROCESS AND..., NM R CIV Form 4-222

Income tax refund                                                  $ _____

Other assets (describe below):

_____                                         $ _____

_____                                         $ _____

IF YOU DO NOT HAVE ACCESS TO YOUR OWN OR YOUR SPOUSE'S INCOME OR ASSETS,
EXPLAIN WHY.

...............................................................................................................

...............................................................................................................

...............................................................................................................

E. MONTHLY EXPENSES

House Payment/Rent                                                 $ _____

Utilities                                                          $ _____

Telephone                                                          $ _____

Groceries (after food stamps)                                      $ _____

Car Payment(s)                                                     $ _____

Gasoline                                                           $ _____

Insurance                                                          $ _____

Child Care                                                         $ _____

Student and Consumer Loans                                         $ _____

Court-ordered family support obligations                           $ _____

FORM 4-222. APPLICATION FOR FREE PROCESS AND..., NM R CIV Form 4-222

Other court-ordered payments                    $ _____

Medical expenses                                $ _____

Other _____                           $ _____

## F. HOUSEHOLD

I live at _____, and the head of the household is _____.

Other than myself, the other members of the household are:

| Name | Age | Employment | I Support |
|------|-----|-----------|-----------|
| | | | ( ) |
| | | | ( ) |
| | | | ( ) |

*This statement is made under oath. I hereby state that the above information regarding my financial condition is correct to the best of my knowledge. I hereby authorize the Court to obtain information from financial institutions, employers, relatives, the federal internal revenue service and other state agencies. If at any time the Court discovers that information in this application for free process was false, misleading, inaccurate, or incomplete at the time the application was submitted, the Court may require me to pay for any costs or fees that were waived under an order of free process that was granted based on the information in this application.*

(Signature) *Arthur Martinez*

(Print Name)
__ Petitioner ___ Respondent
(Pro Se)

(Street Address) 185 Dr Micheal Jenkins rd Clayton

(City, State, Zip Code) Clayton NM 88415

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

FORM 4-222. APPLICATION FOR FREE PROCESS AND..., NM R CIV Form 4-222

*(Telephone)*

State of ............................................................................... )

                                             )    ss

County of ............................................................................... )

Signed and sworn to (or affirmed) before me on _____ *(date)* by _____ *(name of applicant).*

.........................................................................................................................................

Notary
My commission expires:
My commission expires: .......................................................................................................

IF YOU ARE REPRESENTED BY AN ATTORNEY, YOUR ATTORNEY MUST SIGN THE FOLLOWING CERTIFICATE.

I,    , ............................................................... hereby certify that I have not

                 *(Name of attorney)*

received any attorney fee to represent      ...............................................................

                                          *(Name of applicant)*

If any attorney fee is paid to me, I understand that I shall pay to the court clerk from such attorney fee any court fees and costs that may be waived by the court.

.........................................................................................................................................

*(Attorney signature)*
.........................................................................................................................................

*Address*
.........................................................................................................................................

*City, State, Zip Code*
.........................................................................................................................................

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

FORM 4-222. APPLICATION FOR FREE PROCESS AND..., NM R CIV Form 4-222

*Telephone/Fax Number*

Credits
[Adopted effective Feb. 25, 2008. Amended effective Nov. 17, 2008; Feb. 9, 2011.]

NMRA, Form 4-222, NM R CIV Form 4-222
State court rules are current with amendments received through December 1, 2013. Local federal district and bankruptcy court rules are current with amendments received through December 1, 2013.

End of Document

© 2014 Thomson Reuters. No claim to original U.S. Government Works.

FORM 4-223. ORDER FOR FREE PROCESS, NM R CIV Form 4-223

West's New Mexico Statutes Annotated
   State Court Rules
      Civil Forms
         Article 2. Commencement of Action

NMRA, Form 4-223

FORM 4-223. ORDER FOR FREE PROCESS

Currentness

[For use with Supreme Court General Rule 23-114 NMRA]

STATE OF NEW MEXICO

COUNTY OF _____

_____ COURT

_____, Petitioner,

v.                                                                No. ..............................................

_____, Respondent.

## ORDER ON APPLICATION FOR FREE PROCESS

THIS MATTER having come before the court on Petitioner's application for free process and affidavit of indigency, or upon Petitioner's attorney's certificate supporting indigency and free process pursuant to Rule 23-114(B)(2) NMRA, and the court being otherwise advised in the premises, FINDS that:

[W] the applicant is entitled to free process in accordance with Rule 23-114(B)(2) NMRA.

[W] the applicant receives public assistance and is, therefore, entitled to free process.

[W] the applicant's annual gross income does not exceed _____ of the federal poverty guidelines, and the applicant is, therefore, entitled to free process.

[W] the applicant's annual gross income exceeds _____ of the federal poverty guidelines, but the applicant is not reasonably able to pay fees or costs and is, therefore, entitled to free process.

[W] on the basis of the applicant's available funds or annual gross income, the applicant is not entitled to free process.

FORM 4-223. ORDER FOR FREE PROCESS, NM R CIV Form 4-223

**THE COURT ORDERS** that:

[W] the filing fee is waived.

[W] the filing fee is waived except for the $ ___ alternative dispute resolution (ADR) fee.

[W] the applicant is granted free service of process by the Sheriff in _____ County, New Mexico for 1 2 3 4 5 or ___ summons(es), provided that the applicant first attempts service by certified mail pursuant to Rule 1-004 NMRA.

[W] the applicant is granted free service by the Sheriff in _____ County, New Mexico, of a temporary restraining order or _____.

[W] the applicant is to pay the filing fee on _____, 20 ___.

[W] interpretation services shall be provided to the applicant.

[W] free process is denied.

[W] Other:

........................................................................................................................................

........................................................................................................................................

........................................................................................................................................

Unless specifically granted above, this order of free process does not include the following costs: jury fees, certification fees, subpoena fees for witnesses, witness fees for hearings or trials, mailings, long distance charges, transcripts for appeals or record proper, duplication fees for audiotapes or compact discs, copy charges, publication fees, or facsimile services. Application for all other costs are to be made to the judge assigned to your case. If the applicant prevails in this law suit and collects money by judgment or settlement, the court may order reimbursement for any waived costs. If the applicant is represented by an attorney who is paid an attorney fee, any fees or costs waived by this order must be deducted from any such attorney fee and paid to the court clerk. *This order is subject to revision, modification or recission by the judge assigned to your case.*

........................................................................................................................................

JUDGE

Credits
[Adopted effective Feb. 25, 2008. Amended effective Nov. 17, 2008; Feb. 9, 2011.]

NMRA, Form 4-223, NM R CIV Form 4-223
State court rules are current with amendments received through December 1, 2013. Local federal district and bankruptcy court rules are current with amendments received through December 1, 2013.

End of Document                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.

THIRD JUDICIAL DISTRICT COURT, LAS CRUCES, NEW MEXICO

# Giving Legal Notice



**YOU** ... are called the **PLAINTIFF**

**THEY** .. are called the **DEFENDANT**

**YOU** ... must legally notify <u>each</u> defendant that you filed a complaint against them

**YOU** ... must file proof with the court that you did so.

The court **WILL NOT** do this for you.

To give legal notice, YOU must have a copy of all the paperwork you filed, and a copy of all the paperwork the court issued when you filed your complaint, delivered to <u>each</u> defendant.

## 1. LEGAL NOTICE BY PERSONAL SERVICE

If you **KNOW** where the defendant lives, works, lives, or can be found



**THIS IS OKAY**

A friend or family member (they must be over 18) delivers a copy of all the paperwork to the defendant.



**THIS IS BETTER**

A Sheriff's officer or a process server delivers a copy of all the paperwork to the defendant.

## 2. LEGAL NOTICE BY MAIL

If you have a good mailing address for the defendant



The postman delivers a copy of all the paperwork to the defendant. They must sign the green card. <u>Restricting delivery</u> to them helps.

## 3. LEGAL NOTICE BY PUBLICATION

If you **DON'T** know where the defendant works, lives, or can be found



You can publish a notice in the newspaper BUT you have to ask the court's permission first.



Your case will NOT move forward unless you legally notify each defendant that you filed a complaint against them. You may want to see a lawyer for advice.

This information sheet only highlights the 3 most common ways to serve the defendant. For details, see Rule 1-004 NMRA.

# HOW TO SERVE A COMPLAINT

**Step by Step**



## MAKE A SERVICE PACKAGE:

AFTER FILING YOUR PAPERS, *FOR EACH DEFENDANT,* STAPLE TOGETHER 1 COPY OF THESE PAPERS IN THIS ORDER:

#1  SUMMONS (Careful!  NOT the one with the raised seal!);
#2  COMPLAINT; and
#3  ANY OTHER ORDERS ISSUED BY THE COURT.



## DECIDE HOW TO DELIVER (SERVE) YOUR SERVICE PACKAGE:

| If you hire a Process Server or Sheriff's Officer to hand the defendant the service package | If a family member or friend will hand the defendant the service package | If you are mailing the service package to the defendant |
|---|---|---|
| **YOU:**<br>• Contact the Process Server or the Sheriff's office.<br>• Tell them you have a complaint to be served.<br>• Give them the service package & the Summons *with* the raised seal.<br>**THEY:**<br>Hand the service package to the defendant. | **YOU:**<br>Give your service package to your family member or friend.<br><br>**THEY:**<br>Hand the service package to the defendant. | **YOU:**<br>Ask a family member or friend to take your service package to the post office. You can go with them, but *they* must mail the envelope.<br><br>**THEY:**<br>Mail the package *certified mail, return receipt requested.* Restrict delivery so only the defendant can sign for the envelope. |
| **AFTER THE PACKAGE IS DELIVERED** | **AFTER THE PACKAGE IS DELIVERED** | **AFTER THE PACKAGE IS MAILED** |
| **The Process Server or Sheriff will:**<br>Fill-out the 2nd page of the Summons with the raised seal and give it back to you.<br><br>**YOU:**<br>• Pay the Process Server or Sheriff.<br>• Bring the original Summons to the civil clerk at the district courthouse.<br><br>**The civil clerk will:**<br>File and keep the filled-out Summons. This is how you prove the defendant was served. | **Your family member or friend will:**<br>Fill-out the 2nd page of the Summons with the raised seal and give it back to you.<br><br>**YOU:**<br>Bring the original, filled-out Summons to the civil clerk at the district courthouse.<br><br>**The civil clerk will:**<br>File and keep the filled-out Summons. This is how you prove the defendant was served. | **WAIT . . For the green card to come back from the post office.** IF the defendant signed the green card:<br><br>**Your family member or friend will:**<br>Fill out an "Affidavit of Service by Mail" form (available from the court).<br><br>**YOU:**<br>Bring the original Affidavit and the green card to the civil clerk at the district courthouse.<br><br>**The civil clerk will:**<br>File and keep the Affidavit with the green card. This is how you prove the defendant was served. |



**NEW MEXICO**
# LAW OFFICES OF THE
# PUBLIC DEFENDER

Chief Public Defender
Bennett J. Baur

8/15/2024

Arthur Martinez
ID #424246
185 Dr. Michael Jenkins Rd.
Clayton, NM 88415

Dear Mr. Martinez:

The Court of Appeals has proposed reversal on one or more issues in your case. Under the rules, the State must file a response to the Court's proposal. The State has filed a response stating that it does not challenge the Court's proposal. In other words, the State admits that there was an error. Although the Court of Appeals can still change its mind, the fact that the State concedes error is a good sign. I will keep you informed of all developments in your case.

Should you have any questions or concerns, please write to me.

Sincerely,

Kathleen Baldridge/vbg

Kathleen Baldridge
Assistant Public Defender

KB/vbg
Enclosure

Arthur Martinez #64690
1095 Dr. Michael Jenkins Road
Clayton NM 88415

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 05 2024

MITCHELL R. ELFERS
CLERK

U.S. District Court
333 Lomas Blvd NW
STE 270
Alburquerque, NM 87102



quadient

FIRST-CLASS

$003.45
12/05/2024 ZIP
043M31257062