## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ARTHUR MARTINEZ,

    Plaintiff,

v.

                                                  No. 24-cv-1234-SMD-GJF

HARVEY PARKER, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

_____
HON. SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE